IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| JONATHAN C. CRAVENS and<br>THRESSA CRAVENS, | *<br>*<br>* | |
| Plaintiffs | * | |
| V. | *<br>* | NO: 4:10CV01511 SWW |
| NEW CENTURY MORTGAGE<br>COMPANY; ET AL. | *<br>*<br>* | |
| Defendants | | |

**ORDER**

On September 13, 2010, Plaintiffs filed this action in Arkansas state court, seeking to enjoin a statutory foreclosure sale. Plaintiffs initiated the case by filing a motion to enjoin a sale that was scheduled for September 20, 2010, and the motion apparently served as both the initial pleading (complaint) and a motion for relief. On October 18, 2010, Defendants removed the case to federal court based on federal question jurisdiction, 28 U.S.C. § 1311.

Plaintiffs' motion/complaint filed in state court appears on this Court's docket as a pending motion for declaratory and injunctive relief. Pursuant to Rule 7.2 of the Local Rules of this Court, pretrial motions for temporary restraining orders and motions for preliminary injunctions "shall not be taken up and considered unless set forth in a separate [motion] accompanied by a separate brief." Here, the motion/complaint does not comply with Rule 7.2. Furthermore, because the motion seeks to enjoin a sale that was scheduled for September 20, 2010, the matter is moot.

IT IS THEREFORE ORDERED that Plaintiffs' motion for a declaratory judgment,

injunctive relief and order to show cause (docket entry #2) is DENIED WITHOUT PREJUDICE.

      IT IS SO ORDERED THIS 25TH DAY OF OCTOBER, 2010.

                                            /s/Susan Webber Wright
                                            UNITED STATES DISTRICT JUDGE