# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| JONATHAN C. CRAVENS and THRESSA CRAVENS, | * * * | |
| Plaintiffs | * | |
| V. | * * | NO: 4:10CV01511 SWW |
| NEW CENTURY MORTGAGE COMPANY; ET AL. | * * * | |
| Defendants | | |

## ORDER

Plaintiff and separate defendant Mickel Law Firm have informed the Court that Plaintiff's claims against separate defendant Mickel Law Firm should be dismissed without prejudice.  IT IS THEREFORE ordered that Plaintiff's claims against separate defendant Mickel Law Firm are DISMISSED WITHOUT PREJUDICE, and separate defendant Mickel Law Firm is dismissed as a party to this action.

IT IS SO ORDERED THIS 12TH  DAY OF JANUARY, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE